IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>PIEDMONT RAILWAY, LLC D/B/A PIEDMONT & NORTHERN RAILROAD AND/OR PIEDMONT AND NORTHERN RAILWAY<br>Defendant. | CIVIL ACTION<br><br>**CASE NO: 3:18-cv-268** |

## **DEFAULT JUDGMENT**

**AND NOW**, this 20th day of December, 2018, upon Application for Entry of Default Judgment and the Declaration of Julia Abdulaeva, it is hereby **ORDERED** that Judgment is entered in favor of plaintiff Norfolk Southern Railway Company and against defendant Piedmont Railway, LLC d/b/a Piedmont & Northern Railroad and/or Piedmont and Northern Railway, in the amount of $243,560.16.

It is so Ordered.

Signed: December 20, 2018

Frank G. Johns, Clerk
United States District Court